**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ALABAMA**


IN RE:                                                                     CASE NO: 24-12568

**ILAINA BURGESS**
      **DEBTOR,**

**ILAINA BURGESS**                            ADV. NO. 25-01003

**PLAINTIFF**

      VS.

**US DEPARTMENT OF EDUCATION**

      **DEFENDANT**

**NELNET**

      **DEFENDANT**


**AMENDED COMPLAINT TO DISCHARGE/DETERMINE**
**DISCHARGABILITY OF STUDENT LOANS**

COMES NOW THE DEBTOR/PLAINTIFF IN THE ABOVE-STYLED CASE AND FILES THIS ADVERSARY COMPLAINT IN THE ABOVE-STYLED CASE. THE DEBTOR/PLAINTIFF SHOWS THE HONORABLE COURT AS FOLLOWS:

1. The Debtor obtained the student loans on or about 8/18/2015 to 8/23/2021 while attending UNIVERSITY OF WEST ALABAMA, and REGENT UNIERSITY.
2. The Debtor currently owes an amount of approximately $130,380.44
3. The Debtor has suffers numerous illnesses and injuries that affect her ability to work.
4. The Debtor was born on 12-13-1976 and is 47 years old.
5. The Debtors son suffers from a chronic neuro conditions and allergy illness and is constantly going to the doctor.
6. The Debtor cannot maintain, based on the current income and expenses, a minimal standard of living.

7. The current circumstances and future prospects indicates that the current circumstances will persist for a significant portion of the repayment period of the student loan, if not permanently.
8. The Debtor has made a good faith effort to repay the loan.
9. The repayment of such debt will impose an undue hardship on the Debtor within the meaning of 523(a)(8).

WHEREFORE THE PREMISES CONSIDERED, the Debtor prays that the Court will take jurisdiction of the matter; will cause summons to which is attached a copy of this Complaint to issue to the Defendants, directing that they plead, answer, or otherwise defend this action; will set this matter for hearing; and upon such hearing, will enter its Order decreeing that the debt owed to the Defendants is discharged.

/S/WILLIAM CASEY
WILLIAM J. CASEY
ATTORNEY FOR THE DEBTOR
3208 COTTAGE HILL RD.
MOBILE, AL 36606
251-478-5713

**DEFENDANTS TO BE SERVED**

I CERTIFY THAT ON 1-14-25
I SENT A COPY OF THE ABOVE COMPLAINT TO THE PARTIES LISTED BELOW BY MAILING SAME BY- FIRST CLASS PRE-PAID UNITED STATES MAIL.

US DEPARTMENT OF EDUCATION
P.O.BOX 87130
LINCOLN, NE 68501

U.S. ATTORNEYS OFFICE
63 S. ROYAL ST, SUITE 600
MOBILE, AL 36602

ATTORNEY GENERAL OF THE UNITED STATES
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. N.W.
WASHINGTON, DC 20530


DEPARTMENT OF EDUCATION
61 FORSYTH ST. S.W.
SUITE 19T40
ATLANTA, GA 30303

NELNET
P.O. BOX 82561
LINCOLN, NE 68501-2561



/S/WILLIAM CASEY
WILLIAM J. CASEY